Farimah Brown, City Attorney, SBN 201227
Lynne S. Bourgault, Deputy City Attorney, SBN 180416
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone:  (510) 981-6998
Facsimile:  (510) 981-6960
Email:  LBourgault@cityofberkeley.info

Attorneys for Defendant CITY OF BERKELEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIARA ROBLES,<br><br>           Plaintiff,<br><br>v.<br><br>IN THE NAME OF HUMANITY, WE REFUSE TO ACCEPT A FASCIST AMERICA (a.k.a. ANTIFA), CITY OF BERKELEY, ET AL.,<br><br>           Defendants. | No.  3:17-cv-04864 MEJ<br><br>DECLARATION OF LYNNE BOURGAULT IN SUPPORT OF MOTION TO REVOKE PRO HAC VICE ADMISSION OF LARRY KLAYMAN<br><br>Date:   November 2, 2017<br>Time:  10:00 a.m.<br>Crtrm: B, 15th Floor |

I, LYNNE BOURGAULT, declare as follows:

1.      I am a Deputy City Attorney for the City of Berkeley, and attorney for defendant City of Berkeley in this action.  I am licensed to practice law in the State of California and have been admitted to practice in this Court.  I have personal knowledge of all the facts stated in this Declaration and I am competent to testify to these facts if called on to do so.

2.      Attached hereto as Exhibit A is a true and correct copy of the District of Columbia Court of Appeals, Board on Professional Responsibility, Hearing Committee Number Nine, Report and Recommendation, issued June 19, 2017, in *In re Larry E. Klayman*, Board Docket No. 13-BD-084, Bar Docket No. 2008-D048.

1

1  3. Attached hereto as Exhibit B is a true and correct copy of an order issued by the
2  Supreme Court of Florida, dated August 29, 2011, in the matter of The Florida Bar v. Larry
3  Elliot Klayman, Case No. SC11-247
4  4. Attached hereto as Exhibit C is a true and correct copy of a consent judgment
5  filed in the Supreme Court of Florida, dated July 14, 2011, in the matter of The Florida Bar v.
6  Larry Elliot Klayman, Case No. SC11-247.
7  I declare under penalty of perjury under the laws of the State of California and the United
8  States of America that the foregoing is true and correct.
9  Executed on September 20, 2017 in Berkeley, California.

/s/
Lynne S. Bourgault