IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIARA ROBLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IN THE NAME OF HUMANITY, WE REFUSE TO ACCEPT A FASCIST AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-04864-CW<br><br>ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO CITY OF BERKELEY'S MOTION TO DISMISS<br><br>(Dkt. No. 21) |

On October 18, 2017, Plaintiff Kiara Robles filed a motion for a four-day extension of time to file her opposition to Defendant City of Berkeley's Motion to Dismiss, which was originally due on October 16, 2017. Although Robles' motion does not conform to the requirements of Civil Local Rule 6-1, in the interest of efficiency, the Court in its discretion hereby GRANTS Robles' motion in part. Robles' opposition to City of Berkeley's Motion to Dismiss (Docket No. 11) will be due on October 20, 2017. City of Berkeley's reply in support of its Motion to Dismiss will be due on October 27, 2017. The hearing will be held on November 14, 2017.

　　IT IS SO ORDERED.

Dated: Š´\~âæãÁGǦÊÁG€FÍ

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge