BRADLEY S. PHILLIPS (SBN 85263)
brad.phillips@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

BRYAN H. HECKENLIVELY (SBN 279140)
bryan.heckenlively@mto.com
ELIZABETH A. KIM (SBN 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

CHARLES F. ROBINSON (SBN 113197)
charles.robinson@ucop.edu
MARGARET L. WU (SBN 184167)
margaret.wu@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

Attorneys for Defendant THE REGENTS OF
THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KIARA ROBLES,<br><br>        Plaintiff,<br><br>   vs.<br><br>IN THE NAME OF HUMANITY, WE REFUSE TO ACCEPT A FASCIST AMERICA (A.K.A. ANTIFA), et al.,<br><br>        Defendants. | Case No. 4:17-cv-04864 CW<br><br>**DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Claudia Wilken |

Defendant The Regents of the University of California ("The Regents") files this administrative motion pursuant to Civil Local Rules 6-3 and 7-11 to continue the Case Management Conference presently set for February 27, 2018 at 2:30 p.m. to April 26, 2018 at 2:30 p.m.

This is the second action that Plaintiff Kiara Robles has filed against The Regents based on the same events and legal theories. Plaintiff alleges that she was injured during the protests that occurred prior to a scheduled speech by Milo Yiannopoulos at the University of California's Berkeley campus. According to Plaintiff, certain Defendants directly attacked her during the protests, and they allegedly did so at the direction of and in concert with other Defendants, including The Regents. In the first action, The Regents filed a motion to dismiss, as did the City of Berkeley. Before the Court decided those motions, Plaintiff voluntarily dismissed the action hours after the Court denied Plaintiffs' request for Judge Wilken to voluntarily recuse herself from the action. Plaintiff then filed this action alleging nearly identical claims and unsuccessfully attempted to have it heard by a different judge.

In this action, as in the first one, The Regents is unquestionably immune under the Eleventh Amendment from Plaintiff's claims, *see Doe v. Lawrence Livermore Nat'l Lab.*, 131 F.3d 836, 838-39 (9th Cir. 1997), and it has filed a motion to dismiss on that basis and others. The City of Berkeley has also moved to dismiss. In light of the pending motions and The Regents' clear immunity, it would be wasteful and inefficient to proceed with the initial Case Management Conference or the associated Rule 26(f) joint report.

The Court granted The Regents' November 27, 2017 Administration Motion to Continue CMC (Dkt. 34), in light of these pending motions to dismiss on December 1, 2017 (Dkt. 37). The Regents once more respectfully requests that the Court continue the Initial Case Management Conference and related deadlines by sixty days in light of the pending motions to dismiss. The Regents sought a stipulation to continue the Case Management Conference for that reason, but Plaintiff did not consent. (Declaration of Bryan H. Heckenlively ¶ 3.)[1]  Accordingly, The Regents

---

[1] The other Defendants that have appeared in the case, the City of Berkeley and Ian Miller, have both consented to a continuance. (Declaration of Bryan H. Heckenlively ¶ 3.)

1  requests that the Court continue the Case Management Conference until April 26, 2018 or a later
2  date convenient to the Court pending the Court's ruling on the motions to dismiss filed by The
3  Regents and the City of Berkeley.

4
   DATED:  January 25, 2018                    MUNGER, TOLLES & OLSON LLP
5                                                  BRADLEY S. PHILLIPS
                                                   BRYAN H. HECKENLIVELY
6                                                  ELIZABETH A. KIM
7
8                                              By:       */s/ Bryan H. Heckenlively*
                                                   BRYAN H. HECKENLIVELY
9                                              Attorneys for The Regents of the University of
                                               California
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28