LARRY E. KLAYMAN (D.C. BAR NO. 334581)
KLAYMAN LAW GROUP, PA
2020 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006
Telephone: 561.558.5536
Email: leklayman@gmail.com
*Pro Hac Vice*

MICHAEL D. KOLODZI (CAL. BAR NO. 255772)
THE KOLODZI LAW FIRM
433 North Camden Drive, Suite 600
Beverly Hills, California 90210
Telephone: 310.279.5212
Facsimile: 866.571.6094
Email: mdk@mdklawfirm.com

*Attorneys for Plaintiff*
KIARA ROBLES

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIARA ROBLES,<br><br>                     Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, BERKELEY, et al.<br><br>                     Defendants. | Case No.: 4:17-cv-04864<br><br>**PLAINTIFF'S REQUEST FOR A HEARING CONCERNING THE COURT'S ORDER OF MAY 23, 2018** |

In response to the Court's Order of today, May 23, 2018, Plaintiff's attorney Larry Klayman requests a hearing on the Order **tentatively** revoking his *pro hac vice* status, particularly since the Order contains material misrepresentations of fact.

As just one example, the Order misstates the recommendation of the Board of Professional Responsibility of the District of Columbia Bar insofar as the Board issued a recommendation *after* (February 6, 2018) the June 19, 2017 recommendation of the inferior hearing committee which found that Mr. Klayman "did not engage in dishonesty in either the underlying events or these proceedings . . ." *See* Exhibit 1. This Court had access to the Board's

decision which supersedes the prior erroneous one. The Court's Order also mischaracterizes the Bundy proceeding before the U.S. Court of Appeals for the Ninth Circuit, as it intentionally overlooks the *three* dissenting opinions of the Honorable Ronald Gould who also found that Mr. Klayman made no misrepresentations in that case. *See e.g.*, Exhibit 2. Indeed, the Order of the Court today provides further evidence that this Court suffers from extrajudicial bias and prejudice against Mr. Klayman and his client and should voluntarily recuse itself.[1]

Mr. Klayman looks forward to briefing these issues and attending the hearing.

DATED:  May 23, 2018

Respectfully submitted,
Larry Klayman, Esq.
Freedom Watch, Inc.
2020 Pennsylvania Ave N.W. #345
Washington, D.C. 20006
Tel: (561) 558-5336
Email: leklayman@gmail.com
Attorneys for Plaintiff
KIARA ROBLES
*Pro Hac Vice*

Michael D. Kolodzi
THE KOLODZI LAW FIRM
433 North Camden Drive, Suite 600
Beverly Hills, California 90210
Telephone: 310.279.5212
Facsimile: 866.571.6094
Email: mdk@mdklawfirm.com

/s/ Larry Klayman
LARRY KLAYMAN, ESQ.
Attorneys for Plaintiff
KIARA ROBLES

---

[1] Publishing a "tentative" decision on the ECF system, replete with gross factual errors and misrepresentations, appears intended to embarrass and harm Mr. Klayman and his client. This was unnecessary as it could have been emailed to the parties for comment.