## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Northern District of California

**Kiara Robles, an individual**

    Plaintiff(s),

VS.

**In the Name of Humanity, We Refuse to Accept a Fascist America (a/k/a Antifa), et al**

    Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Firm
2020 Pennsylvania Avenue, N.W., #345
Washington DC 20006


*219424*

Case Number: 3:17-cv-04864

Legal documents received by Same Day Process Service, Inc. on **08/28/2017** at **8:14 PM** to be served upon **University of California Police Department at 1 Sproul Hall, Berkeley, CA 94720**

I, **Tim Ault**, swear and affirm that on **September 12, 2017** at **4:09 PM**, I did the following:

Served **University of California Police Department** by delivering a conformed copy of the **Summons in a Civil Action; Complaint;** to **Sabrina Reich** as **Sergeant & Authorized Agent** of **University of California Police Department** at **1 Sproul Hall, Berkeley, CA 94720**.

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Tim Ault**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

(202)-398-4200

Internal Job ID: **219424**

