1  LARRY E. KLAYMAN (D.C. BAR NO. 334581)
   KLAYMAN LAW GROUP, PA
2  2020 Pennsylvania Avenue NW, Suite 800
   Washington, DC 20006
3  Telephone: 561.558.5536
4  Email: leklayman@gmail.com
   *Pro Hac Vice*
5
6  MICHAEL D. KOLODZI (CAL. BAR NO. 255772)
   THE KOLODZI LAW FIRM
7  433 North Camden Drive, Suite 600
   Beverly Hills, California 90210
8  Telephone: 310.279.5212
   Facsimile: 866.571.6094
9  Email: mdk@mdklawfirm.com

10 *Attorneys for Plaintiff*
   *KIARA ROBLES*
11

12              **IN THE UNITED STATES DISTRICT COURT**

13              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15  KIARA ROBLES, | Case No.: 4:17-cv-04864 |
| 16         Plaintiff, | |
|     v. | **STIPULATION AND [PROPOSED]** |
| 17  IN THE NAME OF HUMANITY, WE REFUSE | **ORDER TO EXTEND BRIEFING** |
|     TO ACCEPT A FASCIST AMERICA (a.k.a. | **SCHEDULE FOR DEFENDANTS JANET** |
| 18  ANTIFA), et al. | **NAPOLITANO, NICHOLAS DIRKS, AND** |
|     | **THE REGENTS OF THE UNIVERSITY** |
| 19         Defendants. | **OF CALIFORNIA'S MOTION TO** |
|     | **DISMISS PLAINTIFF'S FIRST** |
| 20  | **AMENDED COMPLAINT** |
| 21  | Date: September 4, 2018 |
|     | Time: 2:30 p.m. |
| 22  | Judge: Hon. Claudia Wilken |

Whereas, Plaintiff Kiara Robles filed an Amended Complaint in this action on June 25, 2018;

Whereas, Defendants Janet Napolitano, Nicholas Dirks, and The Regents of the University of California ("UC Defendants"), timely filed a motion to dismiss the First Amended Complaint on July 9, 2018;

Whereas, Plaintiff's opposition to the motion to dismiss currently is due on July 23, 2018 and the UC Defendants' reply is due seven days after filing of the opposition;

Whereas, Plaintiff and the UC Defendants by and through undersigned counsel, have conferred and agreed to request additional time to submit their respective opposition and reply papers in light of the schedules of counsel.

Now, therefore, Plaintiff and the UC Defendants stipulate pursuant to Local Civil Rule 6-2 and respectfully request that the Court extend the remaining briefing schedule on Defendants Motion to Dismiss Plaintiff's First Amended Complaint such that Plaintiff's opposition is due on August 6, 2018 (rather than July 23) and the UC Defendants' reply is due on August 20, 2018 (two weeks after the opposition, rather than one week).  There have been no previous requests to alter the briefing schedule on this motion.  The Court has previously granted multiple requests to continue the Initial Case Management Conference and a request by Plaintiff to continue his time to oppose Defendant City of Berkeley's motion to dismiss the original complaint.  Plaintiff and Defendant Ian Dabney Miller have previously stipulated to extend Miller's time to respond to the original complaint.  The proposed change to the briefing schedule here should not impact the scheduled hearing date on the UC Defendants' motion, which is currently set for September 4, 2018, or any other dates in the matter.

DATED: July 23, 2018                                     Respectfully submitted,

                                        Larry Klayman, Esq.
                                        Freedom Watch, Inc.
                                        2020 Pennsylvania Ave N.W. #345
                                        Washington, D.C. 20006
                                        Tel: (561) 558-5336
                                        Attorneys for Plaintiff
                                        KIARA ROBLES

|   |   |
|---|---|
|   | *Pro Hac Vice* |
|   | Michael D. Kolodzi<br>THE KOLODZI LAW FIRM<br>433 North Camden Drive, Suite 600<br>Beverly Hills, California 90210<br>Telephone: 310.279.5212<br>Facsimile: 866.571.6094<br>Email: mdk@mdklawfirm.com |
|   | */s/ Larry Klayman*<br>LARRY KLAYMAN, ESQ.<br>Attorneys for Plaintiff<br>KIARA ROBLES |
| DATED:  July 23, 2018 | Respectfully submitted,<br><br>MUNGER, TOLLES & OLSON LLP<br>Bradley S. Phillips<br>Bryan H. Heckenliveley<br>Elizabeth A. Kim<br><br>*/s/ Bryan H. Heckenlively*<br><br>Attorneys for Defendants The Regents of the University of California, Janet Napolitano, and Nicholas Dirks |

1  LARRY E. KLAYMAN (D.C. BAR NO. 334581)
   KLAYMAN LAW GROUP, PA
2  2020 Pennsylvania Avenue NW, Suite 800
   Washington, DC 20006
3  Telephone: 561.558.5536
4  Email: leklayman@gmail.com
   *Pro Hac Vice*
5
   MICHAEL D. KOLODZI (CAL. BAR NO. 255772)
6  THE KOLODZI LAW FIRM
   433 North Camden Drive, Suite 600
7  Beverly Hills, California 90210
8  Telephone: 310.279.5212
   Facsimile: 866.571.6094
9  Email: mdk@mdklawfirm.com

10 *Attorneys for Plaintiff*
   KIARA ROBLES
11

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIARA ROBLES,<br><br>　　　　　Plaintiff,<br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, BERKELEY, et al.<br><br>　　　　　Defendants. | Case No.: 4:17-cv-04864<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS JANET NAPOLITANO, NICHOLAS DIRKS, AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: September 4, 2018<br>Time: 2:30 p.m.<br>Judge: Hon. Claudia Wilken |

## [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, Plaintiff's deadline to respond to Defendants The Regents of the University of California, Nicholas Dirks, and Janet Napolitano's Motion to Dismiss is extended to August 6, 2018.  Defendant's deadline to file a reply is extended to August 20, 2018. IT IS SO ORDERED.

Dated:_____               _____

Hon. Claudia Wilken