1

LARRY E. KLAYMAN (D.C. BAR NO. 334581)
KLAYMAN LAW GROUP, PA

2

2020 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006

3

Telephone: 561.558.5536

4

Email: leklayman@gmail.com

5

MICHAEL D. KOLODZI (CAL. BAR NO. 255772)
THE KOLODZI LAW FIRM

6

433 North Camden Drive, Suite 600

7

Beverly Hills, California 90210
Telephone: 310.279.5212

8

Facsimile: 866.571.6094
Email: mdk@mdklawfirm.com

9

10

*Attorneys for Plaintiff*
*KIARA ROBLES*

11

12

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

14

KIARA ROBLES,

Case No.: 4:17-cv-04864-CW

15

Plaintiff,

v.

16

THE REGENTS OF THE UNIVERSITY OF

**PARTIAL OPPOSITION DEFENDANT RAHA MIRABDAL'S MOTION TO ACCEPT LATE FILED MOTION TO DISMISS**

17

CALIFORNIA, BERKELEY, et al.

18

Defendants.

19

**Date: September 18, 2018**
**Time: 2:30 pm**

20

21

22

Plaintiff Kiara Robles ("Plaintiff"), through her counsel Mr. Larry Klayman ("Mr.

23

Klayman") submits the following in partial opposition to Defendants Raha Mirabdal's

24

("Mirabdal") Motion to Accept Late Filed Motion to Dismiss.

25

Plaintiff consents to Mirabdal's filing of a late answer to Plaintiff's Amended Complaint,

26

given the fact that such a filing would not require additional time for this Court to review and

27

decide on its merits, and would allow this case to proceed to discovery. This is important, since

28

this matter was filed approximately one year ago, and Plaintiff's case is still in the motion to

1

1   dismiss stage.

2          On the other hand, allowing Mirabdal to file a late motion to dismiss further prejudices

3   Plaintiff, as it will tie up additional time and resources that could be spent moving this case

4   forward. Indeed, the calendar date for this instant motion for leave to file late is September 18,

5   2018, two whole weeks after the calendar date for Mirabdal's action motion to dismiss Plaintiff's

6   Amended Complaint. Furthermore, while counsel for Mirabdal may have inadvertently

7   mismarked the due date for her motion to dismiss, she had notice of this error as early as July 24,

8   2018, ECF No. 71, 3:21-23, yet still waited another thirteen (13) days to ask this Court for leave

9   to retroactively file late.

10         Plaintiff respectfully requests that this Court not reward Mirabdal's dilatory conduct and

11  allow this case to proceed to discovery. Plaintiff consents to allow Mirabdal to file an answer to

12  the Amended Complaint so that she will not suffer the prejudice of defaulting. This would

13  simply allow this case to move forward in a timely fashion.

14  DATED:  August 7, 2018                          Respectfully submitted,

15                                                  Larry Klayman, Esq.
                                                    Freedom Watch, Inc.
16                                                  2020 Pennsylvania Ave N.W. #345
                                                    Washington, D.C. 20006
17                                                  Tel: (561) 558-5336
                                                    Attorneys for Plaintiff
18                                                  KIARA ROBLES

19                                                  Michael D. Kolodzi
20                                                  THE KOLODZI LAW FIRM
                                                    433 North Camden Drive, Suite 600
21                                                  Beverly Hills, California 90210
                                                    Telephone: 310.279.5212
22                                                  Facsimile: 866.571.6094
                                                    Email: mdk@mdklawfirm.com
23

24                                                  /s/ Larry Klayman
25                                                  LARRY KLAYMAN, ESQ.
                                                    Attorneys for Plaintiff
26                                                  KIARA ROBLE

27

28