IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIARA ROBLES,<br><br>    Plaintiff,<br><br>  v.<br><br>IN THE NAME OF HUMANITY, WE REFUSE TO ACCEPT A FASCIST AMERICA, et al.,<br><br>    Defendants. | Case No. 17-cv-04864-CW<br><br>ORDER ON MOTION TO REVOKE PRO HAC VICE<br><br>(Dkt. Nos. 15, 49) |

On May 23, 2018, the Court issued a tentative ruling granting Berkeley's motion to revoke pro hac vice admission of Larry Klayman. Docket No. 49. The parties then submitted supplemental briefing and appeared for a hearing. Docket Nos. 66, 71, 72, 73. Klayman presents no new arguments or facts that would change the Court's tentative ruling. The Court addresses some of Klayman's points. Judge Gould's dissenting opinion in In re Bundy, 840 F.3d 1034 (9th Cir. 2016), was already before the Court at the time of the tentative ruling. The Court nevertheless found the reasoning of the majority opinion to be more persuasive. Moreover, even though the D.C. Bar's recommendation is still on appeal, its findings that Klayman violated Rules of Professional Responsibility were still instructive. Accordingly, the Court hereby makes its tentative ruling final and GRANTS Berkeley's motion. Robles' remaining counsel, Michael Kolodzi, shall continue to represent her.

//

//

1        IT IS SO ORDERED.

3   Dated: August 31, 2018

                                          CLAUDIA WILKEN
                                          United States District Judge

2