IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIARA ROBLES,<br><br>         Plaintiff,<br><br>    v.<br><br>IN THE NAME OF HUMANITY, WE REFUSE TO ACCEPT A FASCIST AMERICA, et al.,<br><br>         Defendants. | Case No. 17-cv-04864-CW<br><br>ORDER FOR OPPOSITION TO MOTION TO DISMISS |

On October 5, 2018, Plaintiff Kiara Robles filed her Second Amended Complaint against Defendants Raha Mirabdal and Ian Dabney Miller.  Docket No. 93.  On October 18, 2018, Defendant Mirabdal filed her Motion to Dismiss Second Amended Complaint.  Docket No. 96.  Pursuant to Civil Local Rule 7-3, Plaintiff's response was due on November 1, 2018.  Plaintiff has yet to file her response.

"Pursuant to Federal Rule of Civil Procedure Rule 41(b), the district court may dismiss an action for failure to comply with any order of the court."  Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992).  In addition, failure to file an opposition to a motion to dismiss is grounds for dismissal under the Local Rules.  Calip v. Soc. Sec. Admin., 14-cv-2047-JD, 2014 WL 3421147, at *2 (N.D. Cal. July 14, 2014).  Nevertheless, the Court will afford Plaintiff an opportunity to file a response to Defendant's Motion to Dismiss due no later than seven days from the filing of this Order.[1]  If Plaintiff's counsel, Mr. Kolodzi, does not file an

---

[1] The Court is aware that Plaintiff is represented only by Mr. Michael Kolodzi after the Court revoked pro hac vice status

opposition by this date, Plaintiff should seek substitute counsel or will need to represent herself pro per.  In such instance, Plaintiff will be granted an additional seven days, totaling fourteen days from the date of this Order to file a response.

    If Plaintiff files a response, Defendant Mirabdal will have the opportunity to file her reply due no later than seven days after Plaintiff's response.  Once the Motion is fully briefed, the Court will decide if the motion is suitable for disposition on the papers pursuant to Local Rule 7-1(b).  The Court will set a new hearing date if needed.  Thus, the hearing date for November 27, 2018 is hereby VACATED.

    Failure to respond to Defendant Mirabdal's Motion to Dismiss may result in the motion being granted and may result in the dismissal of Plaintiff's claim against Defendant Mirabdal.

    IT IS SO ORDERED.

Dated: November 13, 2018

                  CLAUDIA WILKEN
                  United States District Judge

---

of Mr. Kolodzi's co-counsel, Mr. Larry Klayman.  As noted in the Court's prior order, see Docket No. 99 at 5, if Mr. Kolodzi can no longer represent Ms. Robles, then he may seek permission from the Court to withdraw as Plaintiff's attorney.  See Civil L.R. 11-5.