IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIARA ROBLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IN THE NAME OF HUMANITY, WE REFUSE TO ACCEPT A FASCIST AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-04864-CW<br><br>ORDER GRANTING DEFENDANT RAHA MIRABDAL'S MOTION TO DISMISS AND SETTING INITIAL CASE MANAGEMENT CONFERENCE<br><br>(Docket No. 96) |

　　On October 5, 2018, Plaintiff Kiara Robles filed her Second Amended Complaint against Defendants Raha Mirabdal and Ian Dabney Miller. Docket No. 93. On October 18, 2018, Defendant Mirabdal filed her Motion to Dismiss Second Amended Complaint. Docket No. 96. Pursuant to Civil Local Rule 7-3, Plaintiff's response was due on November 1, 2018, but Plaintiff never responded. The Court gave Plaintiff another opportunity to respond, warning Plaintiff that failure to respond may result in dismissal of Plaintiff's claims against Defendant Mirabdal. Docket No. 100. Despite this warning, Plaintiff has failed to respond by the ordered deadline.

　　Thus, the Court hereby GRANTS Defendant Mirabdal's Motion to Dismiss without prejudice because Plaintiff has failed to prosecute her case against Defendant Mirabdal. Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992); see also Calip v. Soc. Sec. Admin., 14-cv-2047-JD, 2014 WL 3421147, at *2 (N.D. Cal. July 14, 2014).

　　As to the remaining parties in the case (Plaintiff Robles

and Defendant Dabney), the initial case management conference will be held on January 15, 2019. The parties must file a joint case management statement by January 8, 2019. Failure by Plaintiff to comply may result in dismissal of Plaintiff's remaining claims against Defendant Dabney, and dismissal of the case in its entirety.

IT IS SO ORDERED.

Dated: December 4, 2018

CLAUDIA WILKEN
United States District Judge