Case 4:17-cv-04864-CW   Document 102-1   Filed 01/14/19   Page 1 of 2



