```
                   UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA

                            MINUTE ORDER
```

**The Honorable Claudia Wilken, Presiding**
**Date:** January 15, 2019       **Time**: 3:02-3:03
**Deputy Clerk**: Doug Merry      **Court Reporter**: Raynee Mercado

**Case No.:** 17-cv-04864-CW
**Case Name:** Robles v. In the Name of Humanity, et al

**Appearances for Plaintiff**: none present
**Appearances for Defendant**: none present

**Proceedings: Initial Case Management Conference - not held**

No appearances. The Court will issue a written order.