MICHAEL D. KOLODZI (CAL. BAR NO. 255772)
THE KOLODZI LAW FIRM
433 North Camden Drive, Suite 600
Beverly Hills, California 90210
Telephone: 310.279.5212
Facsimile: 866.571.6094
Email: mdk@mdklawfirm.com

ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIARA ROBLES, <br><br> Plaintiff, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, BERKELEY, et al. <br><br> Defendants. | Case No.: 4:17-cv-04864-CW <br><br> **NOTICE OF APPEAL** |

Plaintiff Kiara Robles ("Plaintiff") hereby gives notice that she appeals to the U.S. Court of Appeals for the Ninth Circuit this Court's (1) Order of June 3, 2018 granting The Regents' Motion to Dismiss, Berkeley's Motion to Dismiss and in part Mirabdal's Motion to Dismiss, ECF No. 51; (2) August 31, 2018 Order Revoking Larry Klayman's admission *pro hac vice*, ECF No. 86; (3) September 13, 2018 Order on Motion to Dismiss First Amended Complaint, ECF No. 88; (4) October 24, 2018 Order Denying Leave to File Motion for Reconsideration, Request for Recusal and Request for Certification to Ninth Circuit, ECF No. 99; (5) December 4, 2018 Order Granting Mirabdal's Motion to Dismiss Second Amended Complaint, ECF No. 101; (6) January 16, 2019 Order Dismissing Claims Against Ian Dabney Miller and Denying Plaintiff Requests for Certification, Stay and Extension of Time; and (7) all other rulings and orders adverse to Plaintiff and her counsel in this matter.

DATED:  January 22, 2019                                  Respectfully submitted,


                                                          //Michael D. Kolodzi
                                                          Michael D. Kolodzi
                                                          THE KOLODZI LAW FIRM

1

433 North Camden Drive, Suite 600
Beverly Hills, California 90210
Telephone: 310.279.5212
Facsimile: 866.571.6094
Email: mdk@mdklawfirm.com

Attorney for Plaintiff